UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALAN WAYNE GOCKLEY, | ) |
| Petitioner, | ) No. CV 12-4664-RGK(AJW) |
| vs. | ) |
| | ) JUDGMENT |
| LINDA T. McGREW, Warden, | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: January 9, 2013

_____
R. Gary Klausner
United States District Judge